## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Monika Swieczkowski, et al.

                        Plaintiff,

v.

                        Case No.: 1:24–cv–11016
                        Honorable Sharon Johnson Coleman

Billiontoone, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the joint status report as to continued settlement negotiations before the private mediator (doc. #[78]), the discovery stay continues pending the Court's review of a confidential status report due to the Court's settlement mailbox at noon on 4/10/26, whereupon the Court will enter a further order. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.