### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Monika Swieczkowski, et al.

                        Plaintiff,

v.                                          Case No.: 1:24–cv–11016
                                            Honorable Sharon Johnson Coleman

Billiontoone, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The parties having filed their joint consent to magistrate judge jurisdiction (doc. #[81]), which will shortly trigger a consent reassignment, a status hearing is set for 9:15 a.m. on 6/8/26 in Courtroom 1342 of the Dirksen U.S. Courthouse or wherever the magistrate judge is then sitting. Discovery remains stayed at this time. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.